# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149145 & (57)

TAYLOR MADISON, a minor, by her
next friend LATRESE DICKENS,
          Plaintiff-Appellant,

v

SC: 149145
COA: 312880
Wayne CC: 12-003944-AV

AAA OF MICHIGAN,
          Defendant-Appellee.

_____/

By order of February 4, 2015, the application for leave to appeal the March 13, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *Hodge v State Farm Mutual Automobile Ins Co* (Docket No. 149043). On order of the Court, the case having been decided on June 6, 2016, ___ Mich ___ (2016), the application and motion for peremptory reversal are considered. In light of our opinion in *Hodge*, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, REINSTATE the November 3, 2011 judgment entered in the 36th District Court, and REMAND this case to the district court for further proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

a0919